| PROB 22 | DOCKET NUMBER *(Trans Court)* |
|---|---|
| | 0754 4:95CR40003-002 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | 3:14-00113-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASE | DISTRICT | DIVISION / OFFICE |
|---|---|---|
| Michael Holmes<br>Smyrna, TN 37167 | Southern District Of Illinois | Benton |
| | NAME OF SENTENCING JUDGE | |
| | Honorable J. Phil Gilbert, Senior U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM December 9, 2011 | TO December 8, 2016 |

| OFFENSE |
|---|
| Conspiracy to Distribute Cocaine and Cocaine Base 21:841(a)(1) and 846 |

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this.

6/9/14
DATE                                                                   UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/29/14
DATE                                                                   UNITED STATES DISTRICT JUDGE